| | |
|---|---|
| BERTHA E. SPATES<br>503 Woodlyn Street<br>Salisbury, MD 21801 | IN THE |
| | CIRCUIT COURT |
| and | OF MARYLAND |
| LAMONT SPATES<br>503 Woodlyn Street<br>Salisbury, MD 21801 | FOR |
| | WICOMICO COUNTY |
| Plaintiffs | CASE NO. C-22-CV-25-000107 |
| v. | |
| WAL-MART INC.<br>701 South Walton Blvd.<br>Bentonville AR 72716 | |
| and | |
| WAL-MART STORES EAST, LP<br>702 SW 8TH Street<br>Bentonville, AR 72716 | |
| and | |
| WAL-MART REAL ESTATE<br>BUSINESS TRUST<br>702 SW 8TH Street<br>Bentonville, AR 72716 | |
| Serve On:<br>THE CORPORATION TRUST, INC<br>2405 York Road, Suite 201<br>Lutherville Timonium MD 21093<br>*Resident Agent for all Defendants* | |
| Defendants | |

* * * * * * * * * * * * *

## COMPLAINT

The Plaintiffs, Bertha E. Spates and Lamont Spates, by their attorney, Bernice L. Latou, and the Law Offices of Bernice L. Latou, P.A., sue Walmart, Inc., Wal-Mart Stores East, LP and Wal-Mart Real Estate Business Trust, the Defendants, and state:

1) That the Plaintiffs are adult residents of Wicomico County, Maryland;

2) That on March 30, 2022, and at all relevant times mentioned herein, Defendants Wal-mart, Inc., Wal-Mart Stores East, LP, and Wal-Mart Real Estate Business Trust are Arkansas corporations that have operated and continue to operate a department store in Salisbury, Wicomico County, Maryland; Defendant Wal-Mart Real Estate Business Trust owns the physical property while Defendants, Wal-mart, Inc. and Wal-Mart Stores East, LP handle the retail store operations.

3) That this case arises from injuries sustained by Bertha E. Spates in a trip and fall accident that occurred on or about March 30, 2022, while the Plaintiff was a business invitee on the premises of the Walmart Supercenter located at 2702 N. Salisbury Blvd., Salisbury, MD 21801;

4) That on the afternoon of March 30, 2022, and at all relevant times mentioned herein, the Plaintiff was a business invitee on the Defendants' premise, and she was injured when she tripped and fell due to a dangerous defect in the pavement outside of the store;

## COUNT I
## (NEGLIGENCE)

5) Plaintiff Bertha E. Spates hereby incorporates and re-alleges all facts and allegations in Paragraphs 1 through 4 of this Complaint and states further:

6) That the Plaintiff's trip and fall was due to the joint and several negligence and carelessness of the Defendants and/or their agents, servants, or employees in:

a) directing or inviting the Plaintiff into a dangerous area;

b) in failing to maintain a safe pavement for persons entering the Defendant's store;

d) in failing to make adequate repairs to the pavement;

e) in failing to properly warn the Plaintiff of the dangerous condition of the pavement by the proper placement of signs or other means;

f) in failing to barricade the dangerous area to prevent the Plaintiff from stepping into the area;

g) in failing to properly and timely inspect the premises for defects, and in other respects.

7) That as a result of the negligence of the Defendants, or their agents, servants or employees, the Plaintiff, Bertha E. Spates, tripped and fell on the pavement, striking her head, body and limbs with great force and violence, whereby she was seriously, painfully and permanently injured, particularly in her left arm, left elbow, and both knees. In addition, she suffered a severe shock to her nerves and nervous system and great physical pain and mental anguish;

8) That the Plaintiff was required to obtain emergency room treatment, medical and orthopedic care, and was put to expense for medical treatment and physical therapy, was precluded from engaging in her usual activities, and performing her customary duties, and she was, is and will be otherwise hurt, injured and damaged.

9) That all of the Plaintiff's injuries, damages and losses, past present and prospective were, are and will be due solely to and by reason of the negligence of the Defendants and without any negligence or want of due care on the part of the Plaintiff directly thereunto contributing.

WHEREFORE, the Plaintiff, Bertha E. Spates, brings this action against the Defendants, Walmart, Inc., Wal-Mart Stores East, LP, and Wal-Mart Real Estate Business Trust, and claims OVER SEVENTY-FIVE THOUSAND DOLLARS (Over $75,000.00) in damages.

**COUNT II-LOSS OF CONSORTIUM**

10) The Plaintiffs, Bertha E. Spates and Lamont Spates, in this second, separate and distinct cause of action, repeat, reallege and incorporate by reference in this Count of the Complaint every allegation heretofore stated in Count One hereof.

11) That at the time of Bertha E. Spates' accident, on or about March 30, 2022 and at all times mentioned herein, the Plaintiff, Lamont Spates, was and is the husband of the Plaintiff Bertha E. Spates, and as a result of the negligence of the Defendants and the ensuing injuries sustained by Plaintiff Bertha E. Spates, the Plaintiffs' marital relationship suffered loss and damage, and Plaintiff Lamont Spates was deprived of the consortium of his wife, including her comfort, aid, and assistance, and he suffered other losses and damages.

WHEREFORE, Plaintiffs, Bertha E. Spates and Lamont Spates, bring this action against Defendants Walmart, Inc., Wal-Mart Stores East, LP, and Wal-Mart Real Estate Business Trust, and claim OVER SEVENTY-FIVE THOUSAND DOLLARS (Over $75,000.00) in damages.

BERNICE L. LATOU, #9306230201
Law Offices of Bernice L. Latou, P.A.
302 S. Crain Highway
Glen Burnie, MD 21061
latoubalto@aol.com
(443) 572-0520
(443) 572-0521 Fax
*Attorney for the Plaintiffs*

| | | |
|---|---|---|
| BERTHA E. SPATES <br> 503 Woodlyn Street <br> Salisbury, MD 21801 | * | IN THE |
| | * | CIRCUIT COURT |
| and | | OF MARYLAND |
| LAMONT SPATES <br> 503 Woodlyn Street <br> Salisbury, MD 21801 | * | FOR |
| | * | WICOMICO COUNTY |
| Plaintiffs | * | |
| v. | * | |
| WAL-MART INC. <br> 701 South Walton Blvd. <br> Bentonville AR 72716 | * | |
| | * | |
| Serve On: | * | |
| THE CORPORATION TRUST, INC. <br> 2405 York Road, Suite 201 <br> Lutherville Timonium MD 21093 | * | |
| | * | |
| and | * | |
| WAL-MART STORES EAST, LP <br> 702 SW 8ᵀᴴ Street <br> Bentonville, AR 72716 | * | |
| | * | |
| and | * | |
| WAL-MART REAL ESTATE <br> BUSINESS TRUST <br> 702 SW 8ᵀᴴ Street <br> Bentonville, AR 72716 | * | |
| | * | CASE NO. C-22-CV-25-000107 |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEMAND FOR JURY TRIAL

Plaintiffs, Bertha E. Spates and Lamont Spates, by and through their attorney, Bernice L. Latou, hereby request a jury trial in this case.

_____
BERNICE L. LATOU, # 9306230201
Law Office of Bernice L. Latou, P.A.
302 S. Crain Highway
Glen Burnie, Maryland 21061
latoubalto@aol.com
(443) 572-0520
(443) 572-0521 Fax
*Attorney for the Plaintiffs*